FILED

08 NOV 21 AM 10: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DUANE M. GECK (State Bar No. 114823)
   DONALD H. CRAM, III (State Bar No. 160004)
2  ANDREW S. ELLIOTT (State Bar No. 254757)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439
   Email: dhc@severson.com
6
   Attorneys for Plaintiff
7  FORD MOTOR CREDIT COMPANY LLC

8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN,<br><br>Defendant. | Case No.: CV08-4906-MMC<br><br>**WRIT OF POSSESSION**<br><br>Judge: Hon. Maxine M. Chesney<br>Complaint Date: October 27, 2008 |
|---|---|

19       TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF

20  CALIFORNIA:

21       You are directed to levy upon and retain in your custody, until released or sold (Code of

22  Civil Procedure Section 514.030), the following property or any part thereof:

23       All motor vehicles, including but not limited to, those identified on Exhibit "A" attached

24  hereto, and all parts, accessories, furniture, fixtures, equipment, and other personal property

25  including but not limited that which is identified in Exhibit "B" attached hereto, and all deposit

26  accounts of MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN and to

27  enter the following private place to take possession of the above described property or some part

28  thereof: 619 E. Francisco Boulevard, San Rafael, California 94901; and to return this writ and the

10872/0140/699412.1                                           WRIT OF POSSESSION
                                                              Case No.: CV08-4906-MMC

1 | certificate of your proceedings within 30 days after levy and service, but in no event later than 60
2 | days after issuance of this writ.

3 | **NOTICE TO DEFENDANT, MARCO VENTURES, INC., dba FORD OF MARIN:**

4 | The Court has waived the filing of any undertaking by Plaintiff, Ford Motor Credit Company
5 | LLC, pursuant to California Code of Civil Procedure Section 515.010(b). You have the right to obtain
6 | redelivery of the property by filing a written undertaking in the amount of $2,870,856.09, as
7 | prescribed by Code of Civil Procedure Section 515.020. You also have certain other rights as
8 | provided in Code of Civil Procedure Sections 512.020-512.120.

10 | Dated: NOV 2 1 2008

LILY M. HARRELL
CLERK OF COURT

**RICHARD W. WIEKING**

13 | (Court Seal)

- 2 -

10872/0140/699412.1

WRIT OF POSSESSION
Case No.: CV08-4906-MMC

| Floored units | Year | Make | Model | Balance |
|---|---|---|---|---|
| 1FTSW21R48ED94293 | 2008 | FORD | F-250 | $50,944.92 |
| 1FTSW21R68EE49732 | 2008 | FORD | F-250 | $50,856.40 |
| 1FTSW21R68EE52775 | 2008 | FORD | F-250 | $47,775.40 |
| 1FTSW21R68EA30456 | 2008 | FORD | F-250 | $42,220.10 |
| 1ZVHT88S685112442 | 2008 | FORD | MUSTANG | $41,771.02 |
| 1FTPW12598KB54850 | 2008 | FORD | F-150 | $33,562.70 |
| 1FTPW14568FC03055 | 2008 | FORD | F-150 | $32,756.05 |
| 1FTPW14548FA98855 | 2008 | FORD | F-150 | $32,684.60 |
| 1FTPW14598FB88714 | 2008 | FORD | F-150 | $32,681.05 |
| 1FTPW14548KD94935 | 2008 | FORD | F-150 | $32,679.60 |
| 1FTPW14558FB82179 | 2008 | FORD | F-150 | $32,679.60 |
| 2FMDK48C97BB68158 | 2007 | FORD | EDGE | $32,254.05 |
| 2FMDK48C98BA81118 | 2008 | FORD | EDGE | $32,122.95 |
| 1FTPW14538FB70693 | 2008 | FORD | F-150 | $31,674.60 |
| 1FAHP28W48G105281 | 2008 | FORD | TAURUS | $31,644.95 |
| 1ZVHT82H285149615 | 2008 | FORD | MUSTANG | $30,938.23 |
| 1ZVHT82H985155671 | 2008 | FORD | MUSTANG | $30,855.23 |
| 1ZVHT82H585154971 | 2008 | FORD | MUSTANG | $30,764.23 |
| 2FMDK38C98BB02141 | 2008 | FORD | EDGE | $30,574.40 |
| 2FMDK38C28BA85425 | 2008 | FORD | EDGE | $30,295.95 |
| 2FMDK38C98BA41504 | 2008 | FORD | EDGE | $30,180.50 |
| 2FMDK38C58BA92840 | 2008 | FORD | EDGE | $30,172.95 |
| 1FTPW12538FC19703 | 2008 | FORD | F-150 | $30,076.05 |
| 1FTPW12588FC11435 | 2008 | FORD | F-150 | $30,076.05 |
| 1ZVHT82H185184386 | 2008 | FORD | MUSTANG | $30,064.63 |
| 1ZVHT82H585143646 | 2008 | FORD | MUSTANG | $29,876.67 |
| 2FMDK38CX8BA51989 | 2008 | FORD | EDGE | $29,523.50 |
| 1ZVHT82H995113129 | 2009 | FORD | MUSTANG | $29,366.21 |
| 1ZVHT82H885153913 | 2008 | FORD | MUSTANG | $29,028.23 |
| 2FMDK38C27BB58517 | 2007 | FORD | EDGE | $28,844.05 |
| 2FMDK38C57BB63176 | 2007 | FORD | EDGE | $28,844.05 |
| 1FMEU51E08UA99002 | 2008 | FORD | EXPLORER SPORT | $28,523.60 |
| 2FMDK51C79BA04989 | 2009 | FORD | FLEX | $28,360.96 |
| 2FMDK51C89BA08016 | 2009 | FORD | FLEX | $28,360.96 |
| 1FMCU59H08KD83277 | 2008 | FORD | ESCAPE HYBRID | $28,094.62 |
| 1FMEU318X8UB20467 | 2008 | FORD | EXPLORER SPORT | $27,902.05 |
| 1FTRW12W08FB05918 | 2008 | FORD | F-150 | $27,581.60 |
| 1FTRW12W28FA87888 | 2008 | FORD | F-150 | $27,288.60 |
| 1FMDK02W88GA37969 | 2008 | FORD | TAURUS X | $26,835.05 |
| 1FTRW12WX8FA41371 | 2008 | FORD | F-150 | $26,541.70 |
| 1ZVHT82H985148185 | 2008 | FORD | MUSTANG | $26,316.58 |
| 2FMDK36C17BB53375 | 2007 | FORD | EDGE | $25,083.05 |
| 1ZVHT80N685198406 | 2008 | FORD | MUSTANG | $23,895.21 |
| 1ZVHT80N595115999 | 2009 | FORD | MUSTANG | $22,972.21 |
| 1ZVHT80N295109397 | 2009 | FORD | MUSTANG | $22,971.21 |
| 1FMCU03709KA03049 | 2009 | FORD | ESCAPE | $22,944.99 |
| 1FMCU03759KA08232 | 2009 | FORD | ESCAPE | $22,944.99 |
| 1FMCU03Z98KD84240 | 2008 | FORD | ESCAPE | $22,590.62 |
| 1ZVHT80N485196735 | 2008 | FORD | MUSTANG | $22,225.21 |
| 1FMCU03Z18KE10622 | 2008 | FORD | ESCAPE | $22,000.49 |
| 1FMCU03Z58KB10081 | 2008 | FORD | ESCAPE | $21,997.23 |



EXHIBIT A

| VIN | Year/Make | Model | Value |
|---|---|---|---|
| 1FMCU03ZX8KB45814 | 2008 FORD | ESCAPE | $21,894.68 |
| 1FTYR14E58PA56538 | 2008 FORD | RANGER | $20,479.15 |
| 1FTYR14E78PA67380 | 2008 FORD | RANGER | $19,994.60 |
| 1ZVFT84N575264539 | 2007 FORD | MUSTANG | $13,645.00 |
| 2FAFP74W56X166978 | 2006 FORD | CROWN VICTORIA | $8,365.08 |
| 1FAFP24177G104898 | 2007 FORD | FIVE HUNDRED | $4,343.40 |
| 1FAFP34N57W255382 | 2007 FORD | FOCUS | $11,105.00 |
| 1FAFP56U17A116296 | 2007 FORD | TAURUS | $8,790.00 |
| 1FMEU63EX7UB22061 | 2007 FORD | EXPLORER | $16,025.00 |
| 1FMEU73E27UB85080 | 2007 FORD | EXPLORER | $14,205.00 |
| 1FMYU93117KA10949 | 2007 FORD | ESCAPE | $6,136.00 |
| 1FTPW12504FA16794 | 2004 FORD | F-150 | $4,981.50 |
| 1LNHM81W16Y608513 | 2006 LINCOLN | TOWN CAR | $9,568.00 |
| 3FAFP08Z36R197639 | 2006 FORD | FUSION | $11,305.00 |
| 3FAFP31N45R143497 | 2005 FORD | FOCUS | $8,490.00 |
| 1FMFU20528LA28667 | 2008 FORD | EXPEDITION | $46,127.97 |
| 2FMDK38C58BA41788 | 2008 FORD | EDGE | $30,180.50 |
| 2FMDK48C17BB48471 | 2007 FORD | EDGE | $32,582.05 |
| 2FMDK49C98BB16545 | 2008 FORD | EDGE | $36,438.40 |
| 2FMDK49CX7BB32123 | 2007 FORD | EDGE | $34,575.02 |
| 2FMDK49CX8BB19373 | 2008 FORD | EDGE | $36,438.40 |
| 2FMEK63C39BA12675 | 2009 FORD | FLEX | $35,534.90 |
| 1FTPX14574FA01963 | 2004 FORD | F-150 | $3,930.00 |
| 1FTRX12W36KC57273 | 2006 FORD | F-150 | $4,674.00 |
| 1FTSX21P56EB47843 | 2006 FORD | F-250 | $18,396.00 |
| 1GKDS13S452261436 | 2005 GMC | ENVOY | $10,380.00 |
| 3GNFK16Z24G254995 | 2004 CHEVROLET | SUBURBAN | $14,680.00 |
| WBXPA93456WG77622 | 2006 BMW | X3 | $19,200.00 |
| 1FTYR10D88PB08662 | 2008 FORD | RANGER | $16,365.55 |
| 1FBSS31L49DA10117 | 2009 FORD | E-350 | $29,077.13 |
| 1FBSS31L49DA10120 | 2009 FORD | E-350 | $29,077.13 |

**Unencumbered Units**     **Book Value**

| VIN | Year/Make | Model | Value |
|---|---|---|---|
| 1FAHP36N99W140535 | 2009 FORD | FOCUS | $13,411.92 |
| YV1RS59V942388136 | 2004 VOLVO | S60 | $5,827.50 |
| 2FMZA57675BA82564 | 2005 FORD | FREESTAR | $4,060.00 |
| 2FMZA52257BA02864 | 2007 FORD | FREESTAR | $7,595.00 |
| 1FTSA21578EA79840 | 2008 FORD | F250 | $20,322.24 |
| 1FTZF17211NA67858 | 2001 FORD | F150 | $1,750.00 |
| 1FMFU15L84LA31214 | 2003 FORD | EXPEDITION | $4,532.50 |

**SOT units**     **SOT amount**

| VIN | Year/Make | Model | Value |
|---|---|---|---|
| 1FTSW21R48EE07057 | 2008 FORD | F-250 | $50,761.92 |
| 1ZVHT80N985202593 | 2008 FORD | MUSTANG | $23,895.21 |
| 3FAHP07Z58R270376 | 2008 FORD | FUSION | $21,623.05 |
| 1D7HU18N13J622026 | 2003 DODGE | RAM | $6,822.00 |
| 1FTNE14W09DA10125 | 2009 FORD | E-150 | $21,451.13 |
| 1FTNE14W99DA10124 | 2009 FORD | E-150 | $21,451.13 |
| 1FMCU04G79KA34376 | 2009 FORD | ESCAPE | $28,747.24 |
| 2FMDK38C68BA09917 | 2008 FORD | EDGE | $29,006.05 |

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

**2008 FORD MOTOR COMPANY DEALER FINANCIAL STATEMENT 2008**

P&A CODE 06046  
PERIOD OF JUL 2008 YTD  
MONTH ENDED  
DEALER Ford of Marin  
ADDRESS 619 E. Francisco Blvd.  
CITY STATE ZIP CODE San Rafael, CA 94901  
REC'D  
SALES CODE 71C017

### BALANCE SHEET

| # | ASSETS | | | | | | | LIABILITIES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASH | ON HAND IN BANK | | | | x | -109,117 | N P | NEW VEHICLES & DEMOS | x | 3,090,478 |
| 2 | | MONEY MARKET/DEPOSIT | | | | x | | O A | USED VEHICLES | x | 107,188 |
| 3 | | FINANCE CONTRACTS | NEW | | | x | 222,129 | T Y | PROGRAM VEHICLES | x | 181,340 |
| 4 | | | USED | | | x | | E A | RECREATION VEHICLES | | |
| 5 | MARKETABLE SECURITIES | | | | | | | S B | OTHER - SHORT TERM | | |
| 6 | NOTES RECEIVABLE | | | | | | | L | LONG TERM - CURRENT PORTION | | |
| 7 | DISCOUNTED NOTES RECEIVABLE(NON US) | | | P D A U S E T | | | (-) | E | INSTALLMENT SALE BALANCE | x | |
| 8 | | ACCOUNTS | VEHICLE | | | -x | -19,487 | BANK LOANS(AUTHORIZED LIMIT) NON US | | x | |
| 9 | | RECEIVABLE | PARTS SERVICE BODY | | | | 52,595 | ACCOUNTS PAYABLE | | | 221,233 |
| 10 | | | OTHER | | | | 11,152 | INCOME TAXES | | | |
| 11 | F O | W&P CLAIMS | | | | | 58,561 | CUSTOMER | DEPOSITS | x | |
| 12 | R O | VEHICLE HOLDBACK | | | | | 9,231 | | ACCOMODATIONS-SVC CONTRACTS/REPO REFUND | | 53,775 |
| 13 | | INCENTIVES/CARRYOVER ALLOWANCE | | | | | 29,723 | | TAXES | | -64 |
| 14 | R E C E I V | FBO | JAG CSI | JAG FAC | | | | | PAYOLL & BONUSES | | 39,925 |
| 15 | | LOSP | OTHER #2 | OTHER #3 | | | | ACCRUED | PROFIT SHARING (NON US) | | |
| 16 | | VCSI | VMS | LR | | | | | OTHER | | 23,319 |
| 17 | | JOBBER INCENTIVES/ESP/FLOOR PLAN ASSISTANCE/OTHER | | | | | 12,072 | | DESIRED INTEREST INCOME (CURR PORTION - NON US) | | |
| 18 | | | | | | | | TOTAL CURRENT LIABILITIES | | | 3,717,194 |
| 19 | FINANCE RECEIVABLES CURRENT | | | | | | 11,049 | | | | |
| 20 | ALLOWANCE - DOUBTFUL RECEIVABLES | | | | | | (1,245) | NEW | -440,091 | VEHICLE EQUITY USED | 315,273 |
| 21 | N | CARS | 22 | | | -x | 613,819 | NET CASH | | x -361,577 | |
| 22 | E | TRUCKS | 70 | | | -x | 1,991,539 | AVERAGE MONTH TOTAL EXPENSES | | 299,863 | NET CASH |
| 23 | W | DEMO | 1 | | | -x | 45,029 | NET CASH OVER (UNDER) | | -561,440 | |
| 24 | U | CARS | 6 | 30 | | 5 | 70,587 | | MORTGAGES PAYABLE | | |
| 25 | S | TRUCKS | 15 | DAY | | 10 | 259,697 | | | OFFICERS & OWNERS | 223,578 |
| 26 | E | REMARKETED CARS | 10 | 30 | | 8 X | 152,751 | LONG TERM | NOTES | FORD | |
| 27 | D | VEHICLES | TRUCKS | 7 | DAY | 6 X | 120,766 | LIABILITIES | PAYABLE | OTHER | 434,379 |
| 28 | PARTS INV | FOMOCO | 201,516 | NON-FOMOCO | | | 201,516 | | | LEASED VEHICLES | |
| 29 | ALLOWANCE - PARTS INVENTORY ADJUSTMENT | | | | | | (-) | | | RENTAL VEHICLES | |
| 30 | OTHER INVENTORIES | memo: work in process | | | | | 361 | ESTIMATED LIABILITY-REPOSSESSION PURCHASE LOSS | | | |
| 31 | LIFO INVENTORY | NEW | | USED | | | (-) | OTHER LIABILITIES | | | |
| 32 | RESERVE(US ONLY) | PARTS | | | | | (-) | TOTAL LIABILITIES | | | 4,375,151 |
| 33 | PREPAID EXPENSES | | | | | | 53,941 | | | | NET WORTH |
| 34 | TOTAL CURRENT ASSETS | | | | | | 3,786,669 | | CAPITAL STOCK | | 900,000 |
| 35 | LEASED VEHICLES NET UNITS: | CARS - | | TRUCK - | | | | | RETAINED EARNINGS | | -728,972 |
| 36 | RENTAL VEHICLES NET | | | | | | | CORPORATION | LEGAL RESERVE - DD Other 1 | | |
| 37 | LAND AND IMPROVEMENTS NET | | | | | | | | OTHER CAPITAL RESERVE - DD Other 2 | | |
| 38 | | BUILDINGS | COST | | | | | | FIXED ASSEST REVALUATION(NON US) | | |
| 39 | | | DEPRECIATION | | | | (-) | SUBS | DIVIDENDS DECLARED | | (-) |
| 40 | | EQUIPMENT | COST | | | | 386,934 | PARTNERS OR | INVESTMENT | | 72,353 |
| 41 | | | DEPRECIATION | | | | (157,700) | PROPRIETORS | DRAWING | | (-) |
| 42 | | LEASEHOLDS | COST | | | | 3,678 | NET INVESTMENT | | | 243,381 |
| 43 | | | AMORTIZED | | | | (967) | NET PROFIT - AFTER INCOME TAX - YTD | | | -99,918 |
| 44 | FINANCE RECEIVABLES DEFERRED NET | | | | | | | NET WORTH | | | 143,463 |
| 45 | RECEIVABLES - OFFICERS & EMPLOYEES | | | | | | | TOTAL LIABILITIES & NET WORTH | | | 4,518,614 |
| 46 | CASH VALUE - LIFE INSURANCE | | | | | | | | | | |
| 47 | OTHER ASSETS - NET | | | | | | 500,000 | WORKING CAPITAL | | | |
| 48 | TOTAL ASSETS | | | | | | 4,518,614 | ACTUAL | | 69,475 | |
| 49 | | | | USED VEHICLE INVENTORY | | | | RECOMMENDED MINIMUM OR GUIDE | | 903,808 | |
| 50 | | FROZEN CAPITAL | | PARTS INVENTORY | | | | ACTUAL OVER(UNDER) | | -834,333 | |
| 51 | | | | PSB RECEIVABLES | | | | ACCOUNTS RECEIVABLES AGING | | | |
| 52 | | | | TOTAL | | | | CURRENT | 31-60 | 61-90 | 91+ |
| 53 | OPERATING ANALYSIS | | MONTH | YTD | MONTH | YTD | VEH ACCTS | -19,487 | | | |
| 54 | | SALES | 1,233,548 | 8,555,005 | % TOTAL SALES | | PARTS ACCTS | | | | |
| 55 | TOTAL | GROSS | 228,459 | 1,838,381 | 18.5 | 21.5 | SERVICE ACCTS | 52,602 | | | |
| 56 | | EXPENSE | 300,064 | 2,099,044 | 24.3 | 24.5 | BODY ACCTS | | | | |
| 57 | OPERATING PROFIT | | -71,605 | -260,663 | -5.8 | -3.0 | WARR RECV | 41,442 | | | |
| 58 | ADD/DED TO INCOME - BONUSES | | 12,757 | 160,745 | 1.0 | 1.9 | MISLF RCER | | | | |
| 59 | PROFIT BEFORE INCOME TAX | | 58,848 | -99,918 | -4.8 | -1.2 | NOTES REC | | | | |

**EXHIBIT B**

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

DEALER Ford of Marin  P&A CODE 06046  MONTH JUL 2008 YTD  PAGE 2

## OPERATING SUMMARY

| LINE NO | OPERATING SUMMARY | | DOLLARS | | UNITS YTD | | | DEPARTMENT OPERATING SUMMARY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MONTH | YTD | CAR | TRUCK | | NEW | USED | PARTS | SERVICE | BODY |
| 1 | TOTAL SALES | | 1,233,548 | 8,555,005 | 71 | 97 | M | 716,563 | 165,416 | 171,503 | 180,066 | |
| 2 | | | | | 78 | 84 | Y | 4,178,572 | 2,004,425 | 1,142,900 | 1,229,108 | |
| 3 | TOTAL GROSS | | 228,459 | 1,838,381 | % TOTAL GROSS | | M | 33,727 | 17,643 | 55,290 | 121,799 | |
| 4 | | | | | MONTH | YTD | Y | 343,235 | 247,556 | 411,835 | 835,755 | |
| 5 | TOTAL SELLING EXPENSE | | 153,297 | 1,047,967 | 67.1 | 57.0 | M | 38,073 | 33,442 | 24,794 | 56,988 | |
| 6 | | | | | | | Y | 254,946 | 225,302 | 164,013 | 403,706 | |
| 7 | TOTAL SELLING/ ADJUSTED SELLING GROSS | | 75,162 | 790,414 | 32.9 | 43.0 | M | -4,346 | -15,799 | 14,325 | 80,982 | |
| 8 | | | | | | | Y | 88,289 | 22,254 | 125,507 | 554,364 | |
| 9 | TOTAL FIXED EXPENSE | | 134,099 | 948,401 | 58.7 | 51.6 | M | 46,935 | 20,115 | 20,115 | 46,934 | |
| 10 | | | | | | | Y | 331,941 | 142,260 | 142,260 | 331,940 | |
| 11 | DEALER SALARY | | 12,668 | 132,676 | 5.5 | 5.6 | M | 4,434 | 1,900 | 1,900 | 4,434 | |
| 12 | | | | | | | Y | 35,937 | 15,401 | 15,401 | 35,937 | |
| 13 | OPERATING PROFIT | | -71,605 | -260,663 | | | M | -55,715 | -37,814 | -7,690 | 29,614 | |
| 14 | | | | | | | Y | -279,589 | -135,407 | -32,154 | 186,487 | |
| 15 | LEASED VEHICLE | | | | | | A D J U S T | ADDITIONS | | | MONTH | YTD |
| 16 | RENTAL VEHICLE | | | | | | | CASH DISC. EARNED | | | | |
| 17 | RECREATIONAL VEHICLE | | | | | | | INTEREST INCOME | | | | |
| 18 | | | | | | | M E | DIVIDEND INCOME | | | | |
| 19 | TRACTOR/OTHER | | | | | | N T | SALES FIXED ASSETS | | | | |
| 20 | ADJ. TO INCOME | | 12,757 | 155,745 | 5.6 | 8.5 | S T | OTHER | | | 20,252 | 201,691 |
| 21 | CUSTOMER SATISFACTION & FORD SUPPORT | | | 5,000 | | 0.3 | O | TDS | | | | |
| 22 | INDEMNITIES NON US | | (-) | (-) | (-) | (-) | N C | DEDUCTIONS | | | | |
| 23 | BONUS | DEALER | | | | | O M | CASH DISCOUNT | | | | |
| 24 | | EMPLOYEE | | | | | E | OTHER | | | 7,495 | 45,946 |
| 25 | PROFIT BEFORE INCOME TAX | | -58,848 | -99,918 | -25.8 | -5.4 | | TOTAL (LINE 21) | | | 12,757 | 155,745 |
| 26 | | | | PNVS | -1,962 | -595 | | | | | | |
| 27 | EST. INCOME TAX | | | | % TOTAL SALES | | | CUSTOMER SATISFACTION AND FORD SUPPORT | | | | |
| 28 | PROFIT SHARING NON US | | | | | | C | FORD BLUE OVAL | | | | 5,000 |
| 29 | COMBINED CAPITAL RESERVE | | | | | | U | Volvo CSI/VMS | | | | |
| 30 | NET PROFIT AFTER TAX | | -58,848 | -99,918 | -4.8 | -1.2 | S | LOSP | | | | |
| 31 | | | | | PNVS | | S | OTHER #2 | | | | |
| 32 | TOTAL OVERHEAD EXP | | 275,027 | 1,943,001 | 9,168 | 11,565 | A | OTHER #3 | | | | |
| 33 | TOTAL P.S. & S GROSS | | 177,089 | 1,247,590 | 5,903 | 7,426 | T | JAG CSI/FAC/CPO/MMP | | | | |
| 34 | NET OPERATING COST | | 97,938 | 695,411 | 3,265 | 4,139 | A | LAND ROVER | | | | |
| 35 | | VEHICLE GROSS | 51,370 | 590,791 | 1,712 | 3,517 | D | TOTAL CUSTOMER SAT. ADJ (LINE 21) | | | | 5,000 |
| 36 | TOTAL | VAR SALES EXP | 25,037 | 156,043 | 835 | 929 | | | | | | |
| 37 | | VARIABLE GROSS | 26,333 | 434,748 | 878 | 2,588 | | NON-US DEALER ADJUSTMENTS(MEMO) | | | | |
| 38 | BREAKEVEN UNITS | | | MONTH | YTD | | | EXCHANGE RATE ADJUSTMENT | | | | |
| 39 | N.O.C/VAR.GROSS PN/UVR | | | | 145 | 451 | | MONETARY ADJUSTMENT | | | (-) | (-) |
| 40 | Service Absorption: The Sum of the Total Parts, Service & Body | | | | | | | | | | MONTH | YTD |
| 41 | Shop Gross Profits DIVIDED By the Sum of Total Fixed | | | | | | | TOTAL PAYROLL | | | 171,519 | 1,233,361 |
| 42 | Expense + Dealer Salary + Parts, Service & Body Shop Sales Expense | | | | | | | | | | | |
| 43 | | | | Month | YTD | | | | | | | |
| 44 | (Benchmark is 85%-100%) | | | 77 | 77 | | | | | | | |

| 45 | OPERATING | NEW UNITS | | USED UNITS RTL | | TOTAL CAR/TRK INCL WHSL | SELLING/ADJUSTED SELLING GROSS(000) | | | | | FIXED EXP(000) | OPT PFT (000) | PFT BIT (000) | NET PFT PNVS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | TREND ANALYSIS | CAR | TRUCK | CAR | TRUCK | | NEW | | USED | PARTS | SERVICE | BODY SHOP | | | | |
| 47 | JAN | | | | | | | | | | | | | | | |
| 48 | FEB | | | | | | | | | | | | | | | |
| 49 | MAR | | | | | | | | | | | | | | | |
| 50 | APR | | | | | | | | | | | | | | | |
| 51 | MAY | | | | | | | | | | | | | | | |
| 52 | JUNE | | | | | | | | | | | | | | | |
| 53 | JULY | | | | | | | | | | | | | | | |
| 54 | AUG | | | | | | | | | | | | | | | |
| 55 | SEPT | | | | | | | | | | | | | | | |
| 56 | OCT | | | | | | | | | | | | | | | |
| 57 | NOV | | | | | | | | | | | | | | | |
| 58 | DEC | | | | | | | | | | | | | | | |
| 59 | CURRENT YTD | | | | | | | | | | | | | | | |
| 60 | PRIOR YTD | | | | | | | | | | | | | | | |

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

| | DEALER Ford of Marin | | | | | P&A CODE 06046 | SALES CODE 71C017 | | | PAGE 3C |
|---|---|---|---|---|---|---|---|---|---|---|
| | MONTH | | | | | NEW VEHICLE DEPARTMENT | YEAR TO DATE | | | |
| | SALES | GROSS | UNITS | GR PVS | | | UNITS | GR PVS | SALES | GROSS |
| 1 | | | | | | CROWN VICTORIA | | | | |
| 2 | | | | | | TAURUS (2006 MODEL) | 1 | 2,763 | 28,695 | 2,763 |
| 3 | 60,050 | 4,727 | 2 | 2,364 | E | MUSTANG | 17 | 4,552 | 580,688 | 77,380 |
| 4 | 47,210 | -1,455 | 3 | -485 | T | FOCUS | 39 | 437 | 637,012 | 17,029 |
| 5 | | | | | A | MONDEO(MEXICO ONLY) | | | | |
| 6 | | | | | I | FIESTA/IKON(MEXICO ONLY) | | | | |
| 7 | | | | | L | KA(MEXICO ONLY) | | | | |
| 8 | | | | | I | FIESTA ST(MEXICO ONLY) | | | | |
| 9 | | | | | | Ford GT | | | | |
| 10 | 122,493 | 299 | 6 | 50 | C | FUSION | 14 | 601 | 291,488 | 8,412 |
| 11 | | | | | R | TBD FORD Car #2 | | | | |
| 12 | | | | | S | TBD FORD Car #3 | | | | |
| 13 | | | | | | TBD FORD Car #4 | | | | |
| 14 | | | | | | TBD FORD Car #5 | | | | |
| 15 | | | | | | TBD FORD Car #6 | | | | |
| 16 | | | | | | TBD FORD Car #7 | | | | |
| 17 | | | | | | TBD FORD Car #8 | | | | |
| 18 | | | | | | TBD FORD Car #9 | | | | |
| 19 | | | | | A | TBD FORD Car #10 | | | | |
| 20 | | | | | | FORD DISCONTINUED MODEL CARS | | | | |
| 21 | 229,753 | 3,571 | 11 | 325 | | TOTAL FORD RETAIL CARS | 71 | 1,487 | 1,537,883 | 105,584 |
| 22 | | | | | | GRAND MARQUIS/MARAUDER | | | | |
| 23 | | | | | | SABLE (2006 MODEL) | | | | |
| 24 | | | | | | MILAN | | | | |
| 25 | | | | | | TBD L/M CAR #2 | | | | |
| 26 | | | | | | TBD L/M CAR #3 | | | | |
| 27 | | | | | | TOWN CAR | | | | |
| 28 | | | | | | LS | | | | |
| 29 | | | | | | MKZ | | | | |
| 30 | | | | | | LINCOLN MKS | | | | |
| 31 | | | | | | TBD LM #5 | | | | |
| 32 | | | | | | TBD LM #6 | | | | |
| 33 | | | | | | TBD LM #7 | | | | |
| 34 | | | | | | TBD LM #8 | | | | |
| 35 | | | | | | TBD LM #9 | | | | |
| 36 | | | | | | LM DISCONTINUED MODEL CARS | | | | |
| 37 | | | | | | TOTAL L/M RETAIL CARS | | | | |
| 38 | | | | | | TOTAL JAGUAR RETAIL CARS | | | | |
| 39 | | | | | | TOTAL VOLVO RETAIL CARS | | | | |
| 40 | | | | | | TOTAL MAZDA RETAIL CARS | | | | |
| 41 | | | | | | NON FOMOCO CARS | | | | |
| 42 | 229,753 | 3,571 | 11 | 325 | | TOTAL RETAIL CARS | 71 | 1,487 | 1,537,883 | 105,584 |
| 43 | | | | | | FORD MOTOR CO. FLEET CAR | | | | |
| 44 | | | | | | NON FOMOCO FLEET CAR | | | | |
| 45 | | | | | | TOTAL FLEET CARS | | | | |
| 46 | | 4,000 | | | | CAR INCENTIVES | | | | 12,900 |
| 47 | 229,753 | 7,571 | 11 | 686 | | TOTAL NEW CARS | 71 | 1,669 | 1,537,883 | 118,484 |

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

DEALER Ford of Marin  P&A CODE 06046  SALES CODE 71C017  PAGE 3T

NEW VEHICLE DEPARTMENT

| # | MONTH SALES | MONTH GROSS | MONTH UNITS | MONTH GR PVS | | Item | YTD UNITS | YTD GR PVS | YTD SALES | YTD GROSS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | . | . | . | . | | EDGE | 9 | 1,802 | 298,369 | 16,222 |
| 2 | . | . | . | . | | TAURUS X | 3 | -2,092 | 72,871 | -5,275 |
| 3 | 199,220 | 9,048 | 8 | 1,131 | | ESCAPE | 37 | 1,558 | 979,063 | 57,637 |
| 4 | . | . | . | . | R | EXPLORER | 3 | 1,240 | 99,852 | 3,719 |
| 5 | . | . | . | . | E | EXPEDITION | 1 | 1,536 | 45,995 | 1,536 |
| 6 | . | . | . | . | T | EXCURSION | . | . | . | . |
| 7 | . | . | . | . | A | FREESTAR (MINI VAN) | . | . | . | . |
| 8 | . | . | . | . | I | ECONOLINE/CLUB WAGON | 2 | 280 | 47,234 | 560 |
| 9 | 19,765 | -312 | 1 | -312 | L | RANGER | 9 | 291 | 160,588 | 2,615 |
| 10 | 136,630 | 4,373 | 6 | 729 | | F150 (UNDER 8500# GVW) | 25 | 882 | 628,641 | 22,059 |
| 11 | 44,357 | 1,015 | 1 | 1,015 | T | F-SUPER DUTY (F250-350 OVER 8500# GVW) | 5 | 1,139 | 221,238 | 5,693 |
| 12 | . | . | . | . | R | COURIER(MEXICO ONLY) | . | . | . | . |
| 13 | . | . | . | . | U | ECOSPORT (MEXICO ONLY) | . | . | . | . |
| 14 | . | . | . | . | C | TRANSIT (MEXICO ONLY) | . | . | . | . |
| 15 | 86,838 | 150 | 3 | 50 | K | Flex | 3 | 50 | 86,838 | 150 |
| 16 | . | . | . | . | S | TBD FORD TRUCK #3 | . | . | . | . |
| 17 | . | . | . | . | | TBD FORD TRUCK #4 | . | . | . | . |
| 18 | . | . | . | . | | TBD FORD TRUCK #5 | . | . | . | . |
| 19 | . | . | . | . | | TBD FORD TRUCK #6 | . | . | . | . |
| 20 | . | . | . | . | | TBD FORD TRUCK #7 | . | . | . | . |
| 21 | . | . | . | . | | TBD FORD TRUCK #8 | . | . | . | . |
| 22 | . | . | . | . | | FORD DISCONTINUED MODEL TRUCKS | . | . | . | . |
| 23 | 486,810 | 14,274 | 19 | 751 | | TOTAL FORD LIGHT TRUCK RETAIL | 97 | 1,071 | 2,640,689 | 103,916 |
| 24 | . | . | . | . | | MONTEREY | . | . | . | . |
| 25 | . | . | . | . | | MARINER | . | . | . | . |
| 26 | . | . | . | . | | MOUNTAINEER | . | . | . | . |
| 27 | . | . | . | . | | TBD LM TRUCK #1 | . | . | . | . |
| 28 | . | . | . | . | | TBD LM TRUCK #2 | . | . | . | . |
| 29 | . | . | . | . | | TBD LM TRUCK #3 | . | . | . | . |
| 30 | . | . | . | . | | AVIATOR | . | . | . | . |
| 31 | . | . | . | . | | NAVIGATOR | . | . | . | . |
| 32 | . | . | . | . | | LINCOLN MARK LT | . | . | . | . |
| 33 | . | . | . | . | | LINCOLN MKX | . | . | . | . |
| 34 | . | . | . | . | | TBD LM TRUCK #5 | . | . | . | . |
| 35 | . | . | . | . | | TBD LM TRUCK #6 | . | . | . | . |
| 36 | . | . | . | . | | LM DISCONTINUED MODEL TRUCKS | . | . | . | . |
| 37 | . | . | . | . | | TOTAL LM LIGHT TRUCK RETAIL | . | . | . | . |
| 38 | . | . | . | . | | TOTAL VOLVO LIGHT TRUCK RETAIL | . | . | . | . |
| 39 | . | . | . | . | | TOTAL MAZDA LIGHT TRUCK RETAIL | . | . | . | . |
| 40 | . | . | . | . | | TOTAL LAND ROVER LIGHT TRUCK RETAIL | . | . | . | . |
| 41 | . | . | . | . | | NON FOMOCO LIGHT TRUCK | . | . | . | . |
| 42 | 486,810 | 14,274 | 19 | 751 | | TOTAL LIGHT TRUCK RETAIL | 97 | 1,071 | 2,640,689 | 103,916 |
| 43 | . | . | . | . | | FLEET LIGHT TRUCKS | . | . | . | . |
| 44 | 486,810 | 14,274 | 19 | 751 | | TOTAL LIGHT TRUCK | 97 | 1,071 | 2,640,689 | 103,916 |
| 45 | . | . | . | . | R | F-SUPER DUTY(F450-550 OVER 8500# GVW) | . | . | . | . |
| 46 | . | . | . | . | T | F-SUPER DUTY(F650-750) | . | . | . | . |
| 47 | . | . | . | . | | LOW CAB (FWD) | . | . | . | . |
| 48 | . | . | . | . | F | TOTAL FORD COMMERCIAL TRUCKS | . | . | . | . |
| 49 | . | . | . | . | T | NON FOMOCO CLASS 4-7-8 | . | . | . | . |
| 50 | . | . | . | . | | TOTAL COMMERCIAL/OTHER TRUCKS | . | . | . | . |
| 51 | . | . | . | . | | MEMO: FLT COM | . | . | . | . |
| 52 | . | 4,300 | . | . | | TRUCK INCENTIVES | . | . | . | 13,500 |
| 53 | 486,810 | 18,574 | 19 | 978 | | TOTAL NEW TRUCK | 97 | 1,210 | 2,640,689 | 117,416 |
| 54 | . | 673 | . | . | | 11   DLR TRANS UNITS   YTD 75 | . | . | . | 8,808 |
| 55 | 716,563 | 26,818 | 30 | 894 | | TOTAL NEW VEHICLES | 168 | 1,457 | 4,178,572 | 244,706 |
| 56 | . | . | . | . | | MEMO: INTERNET SALES | . | . | . | . |

| | RETAIL LEASE | | CAR | | | TRUCK | | | NON FOMOCO | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNITS | GROSS | GR PVL | UNITS | GROSS | GR PVL | UNITS | GROSS | GR PVL | UNITS | GROSS | GR PVL |
| 59 NEW | MONTH | | | | | | | | | | | | |
| 60 | YTD | 3 | 4,095 | 1,365 | 11 | 11,069 | 1,006 | | | | 14 | 15,164 | 1,083 |
| 61 USED | MONTH | | | | | | | | | | | | |
| 62 | YTD | | | | | | | | | | | | |

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

DEALER Ford of Marin     P&A CODE 06046     MONTH JUL 2008 YTD     PAGE 4

| # | | SALES | GROSS | UNITS | GR PVS | USED VEHICLE DEPARTMENT | UNITS | GR PVS | SALES | GROSS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 34,039 | 4,223 | 3 | 1,408 | USED CARS RETAIL | 37 | 1,217 | 553,877 | 45,019 | |
| 2 | M | | | | | MEMO: USED CAR RTL (FRANCHISE ONLY) | | | | | Y |
| 3 | O | 30,463 | 1,408 | 2 | 704 | REMARKETED CARS RETAIL | 17 | 1,140 | 253,826 | 19,384 | E |
| 4 | N | 59,844 | 6,427 | 4 | 1,607 | USED LIGHT TRUCK RETAIL | 32 | 1,773 | 513,689 | 56,734 | A |
| 5 | T | | | | | MEMO: USED CERTIFIED TRUCKS (Franchise Only) | | | | | R |
| 6 | H | | | | | USED MED/HVY TRK - RETAIL | | | | | |
| 7 | | | -1,820 | | | REMARKETED TRKS RETAIL | 28 | 1,176 | 484,956 | 32,941 | T |
| 8 | T | | | | | USED CAR/TRK INCENTIVES | | | | | O |
| 9 | O | 124,346 | 10,238 | 9 | 1,138 | TOTAL USED RETAIL | 114 | 1,352 | 1,806,348 | 154,078 | |
| 10 | | 12,970 | 945 | 3 | 315 | USED CARS WHOLESALE | 24 | 195 | 86,462 | 4,687 | D |
| 11 | D | | | | | REMARKETED CARS WHOLESALE | | | | | A |
| 12 | A | 28,100 | 1,793 | 4 | 448 | USED TRKS WHOLESALE | 24 | 137 | 109,615 | 3,280 | T |
| 13 | T | | | | | REMARKETED TRKS WHOLESALE | | | | | E |
| 14 | E | | | | | USED VEH INVENTORY ADJ | | | | | |
| 15 | | 41,070 | 2,738 | 7 | 391 | TOTAL USED WHOLESALE | 48 | 166 | 198,077 | 7,967 | |
| 16 | | 165,416 | 12,976 | 16 | 811 | TOTAL USED VEHICLES | 162 | 1,000 | 2,004,425 | 162,045 | |
| 17 | | | | | | MEMO: USED INTERNET SALES | | | | | |

| # | | UNITS | | COST | | COST PER UNIT | | | UNITS | | COST | | | COST PER UNIT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MONTH | YTD | MONTH | YTD | MONTH | YTD | RECONDITIONING ANALYSIS | MONTH | YTD | MONTH | | YTD | MONTH | YTD | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | | INCOME | | UNITS | | %PEN | PVR | F&I | UNITS | | %PEN | PVR | | INCOME | | |
| 22 | | MONTH | YTD | MONTH | YTD | YTD | MONTH | YTD | DEPARTMENT | MONTH | YTD | YTD | MONTH | YTD | MONTH | YTD |
| 23 | N | 4,218 | 36,402 | 5 | 63 | 37.5 | 141 | 217 | FINANCE CONTRACTS | 5 | 71 | 62.3 | 189 | 321 | 1,705 | 36,544 |
| 24 | E | -400 | 3,883 | | | | -13 | 23 | FIN INC. ADJ. | | | | | 28 | | 3,179 |
| 25 | W | 226 | 7,957 | 2 | 23 | 13.7 | 8 | 47 | INSUR CONTRACTS | 1 | 22 | 19.3 | 35 | 61 | 314 | 6,954 |
| 26 | | | | | | | | | INSUR ADJ | | | | | | | |
| 27 | F | 5,366 | 55,114 | 4 | 52 | 31.0 | 179 | 328 | EXT SERVICE CONTR | 4 | 53 | 46.5 | 319 | 408 | 2,867 | 46,468 |
| 28 | & | 3,401 | 7,464 | | | | 113 | 44 | EXT SERV CONTR REF | | | | 8 | 23 | 69 | 2,672 |
| 29 | I | 100 | 10,401 | | | | 3 | 62 | OTHER MERCHANDISE | | | | -17 | 12 | -150 | 1,396 |
| 30 | | | | | | | | | REPO LOSS NET | | | | | | | |
| 31 | | 6,909 | 98,527 | | | | 230 | 586 | F&I NET INCOME | | | | 519 | 750 | 4,667 | 85,511 |

| # | | MONTH | YTD | PNVR MONTH | YTD | | | PUVR MONTH | YTD | MONTH | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | | 26,818 | 244,708 | 894 | 1,457 | CAR/TRUCK GROSS | | 1,442 | 1,421 | 12,976 | 162,045 |
| 34 | | (-) | (-) | | | COST OF SALES ADJ LIFO(US ONLY) | | | | (-) | (-) |
| 35 | | 6,909 | 98,527 | 230 | 586 | F&I NET INCOME (LINE 31) | | 519 | 750 | 4,667 | 85,511 |
| 36 | | 716,563 | 4,178,572 | NEW GROSS % SALES | S | TOTAL | S | USED GROSS % SALES | | 165,416 | 2,004,425 |
| 37 | | 33,727 | 343,235 | 4.7 | 8.2 | G | VEHICLE | G | 10.7 | 12.4 | 17,643 | 247,556 |
| 38 | | NEW VEHICLE SALES EXPENSE | | % TOTAL NEW GROSS | | | | % TOTAL USED GROSS | | USED VEHICLE SALES EXPENSE | |
| 39 | N | 3,927 | 34,941 | 11.6 | 10.2 | COMM | SALESPERSON | 19.1 | 18.4 | 3,369 | 45,598 | U |
| 40 | E | 300 | 15,356 | 0.9 | 4.5 | & | SALES MANAGERS | 42.2 | 8.0 | 7,452 | 19,838 | S |
| 41 | W | 2,468 | 7,758 | 7.3 | 2.3 | INCENT | F&I | | | | | E |
| 42 | | 7,249 | 36,357 | 21.5 | 10.6 | PRE-DELIVERY | | | | | | D |
| 43 | V | (461) | (9,890) | 1.4 | 2.9 | PRE-DELIVERY ALLOWANCES | | | | | | |
| 44 | E | 368 | 2,906 | 1.1 | 0.8 | FREE SERVICE/MAINT & POLICY | | 2.1 | 1.3 | 365 | 3,179 | V |
| 45 | H | 13,851 | 87,428 | 41.1 | 25.5 | TOTAL VARIABLE EXPENSE | | 63.4 | 27.7 | 11,186 | 68,615 | E |
| 46 | I | 19,876 | 255,807 | 58.9 | 74.5 | VARIABLE GROSS | | 36.6 | 72.3 | 6,457 | 178,941 | H |
| 47 | C | 4,699 | 30,734 | 13.9 | 9.0 | | SALESPERSON | 17.8 | 14.9 | 3,144 | 36,996 | I |
| 48 | L | 2,000 | 29,375 | 5.9 | 8.6 | SALARY | SALES MANAGERS | 11.3 | 10.8 | 2,000 | 26,837 | C |
| 49 | E | 501 | 6,776 | 1.5 | 2.0 | | OTHER | | | | | L |
| 50 | | 4,000 | 30,371 | 11.9 | 8.8 | | F&I | | | | | E |
| 51 | D | 7,418 | 44,023 | 22.0 | 12.8 | ADVERTISING | | 85.5 | 30.2 | 15,090 | 74,807 | |
| 52 | E | | | | | MEMO: INTERNET ADV. | | | | | | D |
| 53 | P | (4,655) | (36,455) | (13.8) | (10.6) | ADVERTISING REBATES | | | | (-) | (-) | E |
| 54 | A | | | | | PROMOTION | | | | | | P |
| 55 | R | 304 | 2,126 | 0.9 | 0.6 | TRAINING | | | | | | A |
| 56 | T | 93 | 605 | 0.3 | 0.2 | DEMO EXPENSE | | | | | | R |
| 57 | M | | | | | SERVICE LOANERS | | | | | | T |
| 58 | E | | | | | F&I OTHER | | | | | | M |
| 59 | N | 16,756 | 127,651 | 49.7 | 37.2 | INTEREST-FLOOR PLAN | | 11.5 | 7.3 | 2,022 | 18,047 | E |
| 60 | T | (6,894) | (67,688) | 20.4 | 19.7 | FLOOR PLAN ASSISTANCE | | | | (-) | (-) | N |
| 61 | | 24,222 | 167,518 | 71.8 | 48.8 | TOTAL SEMI-FIXED EXPENSES | | 126.1 | 63.3 | 22,256 | 156,687 | T |
| 62 | | -4,346 | 88,289 | -12.9 | 25.7 | SELLING GROSS | | -89.5 | 9.0 | -15,799 | 22,254 | |

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

DEALER Ford of Marin  P&A CODE 06046  MONTH JUL 2008 YTD  PAGE 5

| # | PARTS DEPARTMENT MON | YTD | MON | YTD | SERVICE DEPARTMENT | | MON | YTD | MON | YTD | BODY SHOP DEPARTMENT MON | | YTD | MON | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 39,487 | 235,957 | GRS%SLS | | WHOLESALE | S | | | GRS%SLS | | | | | GRS%SLS | |
| 2 | 7,662 | 46,678 | | | | G | | | | | FRANCHISE | | TRAFFIC | SALES PER RO | |
| 3 | | | | | WHLS JB INC | G | LABOR RATES | | | | RO ANALYSIS | | RO COUNT | PARTS | LABOR |
| 4 | 7,662 | 46,678 | 19.4 | 19.8 | TOTAL WHSL | G | RPR | BODY | W&P | INTR | REPAIR | M | 424 | 182.0 | 270.0 |
| 5 | 15,747 | 94,957 | | | COUNTER | S | 126.50 | | 114.33 | 105.00 | SHOP | Y | 2,904 | 198.0 | 281.0 |
| 6 | 4,851 | 31,356 | 30.8 | 33.0 | RETAIL | G | | | | | BODY | M | | | |
| 7 | 76,956 | 574,320 | | | REPAIR | S | 114,285 | 815,825 | | | SHOP | Y | | | |
| 8 | 31,717 | 238,149 | 41.2 | 41.5 | SHOP | G | 84,271 | 605,849 | 73.7 | 74.3 | W&P CLM | M | 182 | 166.0 | 195.0 |
| 9 | 2,151 | 22,302 | | | ESP REPAIR | S | 2,363 | 29,740 | | | SERV | Y | 1,253 | 138.0 | 154.0 |
| 10 | 625 | 6,480 | 29.1 | 29.1 | SHOP | G | 1,821 | 23,314 | 77.1 | 78.4 | W&P CLM | M | | | |
| 11 | | | | | JOB INCENTIVE | G | | | | | B/S | Y | | | |
| 12 | 30,143 | 173,002 | | | WARRANTY | S | 35,516 | 193,089 | | | ESP | M | 21 | 102.0 | 113.0 |
| 13 | 8,295 | 46,709 | 27.5 | 27.0 | & POL CLMSERV) | G | 28,255 | 153,253 | 79.6 | 79.4 | REPAIR | Y | 176 | 127.0 | 159.0 |
| 14 | 7,019 | 41,448 | | | INTERNAL | S | 11,737 | 86,324 | | | | M | 140 | 50.0 | 84.0 |
| 15 | 2,140 | 11,830 | 30.5 | 28.5 | (SERVICE) | G | 7,846 | 57,527 | 66.8 | 66.6 | INTERNAL | Y | 757 | 55.0 | 114.0 |
| 16 | | | | | UNAPPLIED TIME | G | -788 | -8,679 | | | | | | | |
| 17 | | 914 | | | SUBLET | S | 9,990 | 70,053 | | | | | | | |
| 18 | | 210 | | 23.0 | REPAIRS | G | 259 | 4,873 | 2.6 | 7.0 | | | | | |
| 19 | | | | | OTHER | S | | | | | | | MEMO: OTHER FRAN PARTS DEPT | | |
| 20 | | | | | MERCHANDISE | G | | | | | WHOLESALE | S | | | |
| 21 | | | | | PARTS SALES | S | | | | | | G | | | |
| 22 | | | | | SERV-OTH FRANCHISE | G | | | | | COUNTER | S | | | |
| 23 | 116,269 | 811,986 | | | TOTAL PARTS | S | NON FOMOCO DUALS ONLY | | | | RETAIL | G | | | |
| 24 | 42,777 | 303,378 | 36.8 | 37.4 | SALES-SERV | G | MEMO: OTHER FRAN PARTS PURCHASES | | | | | | | | |
| 25 | | | | | BODY SHOP | S | MONTH | | YTD | | | | | | |
| 26 | | | | | (METAL) | G | | | | | | | | | |
| 27 | | | | | BODY SHOP | S | RO | TRAFFIC | SALES PER RO | | | | | | |
| 28 | | | | | (PAINT) | G | ANALYSIS | RO COUNT | PARTS | LABOR | | | | | |
| 29 | | | | | WARRANTY & | S | SERVICE | | | | | | | | |
| 30 | | | | | POL CLMS(B/S) | G | OTH FRAN | | | | | | | | |
| 31 | | | | | INTERNAL | S | BODY RO | | | | | | | | |
| 32 | | | | | (BODY SHOP) | G | OTH FRAN | | | | | | | | |
| 33 | | | | | MATERIALS | S | 6,175 | | 34,077 | | | | | | |
| 34 | | | | | | G | 135 | | -382 | 2 | -.1 | | | | |
| 35 | | | | | PARTS SALES | S | *MEMO: PRODUCTIVITY EFFICIENCY | | | | | | | | |
| 36 | | | | | BODY-OTH FRANCHISE | G | SERVICE TECH | | MON. | YTD | | | | | |
| 37 | | | | | TOTAL PARTS | S | AVAILABLE CLOCKED HOURS | | | | | | | | |
| 38 | | | | | SALES-BODY | G | ACTUAL HOURS WORKED | | | | | | | | |
| 39 | | 30,423 | | | DISC EARNED | G | FLAT RATE HOURS SOLD | | | | | | | | |
| 40 | | | | | INVENT ADJ | G | | | | | | | | | |
| 41 | 171,503 | 1,142,900 | | | TOTAL | S | 180,066 | | 1,229,108 | | | | | | |
| 42 | 55,290 | 411,835 | 32.2 | 36.0 | DEPARTMENTS | G | 121,799 | | 835,755 | 67.6 | 68.0 | | | | |
| 43 | (-) | (-) | | | COS LIFO(US ONLY) | | | | | | | | | | |
| 44 | 55,290 | 411,835 | 32.2 | 36.0 | TOTAL | G | 121,799 | | 835,755 | 67.6 | 68.0 | | | | |
| 45 | PARTS EXPENSE | | %PARTS GRS | | | | SERV SALES EXPENSE | | %SERV GRS | | BODY SALES EXPENSE | | | %BODY GRS | |
| 46 | 6,098 | 52,505 | 14.6 | 12.7 | COMP - MGRS | | 12,404 | 91,268 | 10.2 | 10.9 | | | | | |
| 47 | 11,994 | 80,508 | 21.7 | 19.5 | SAL-OTHER | | 17,173 | 116,445 | 14.1 | 13.9 | | | | | |
| 48 | 100 | 700 | 0.2 | 0.2 | COMM&INC-OTH | | 10,914 | 73,663 | 9.0 | 8.8 | | | | | |
| 49 | 599 | 4,287 | 1.1 | 1.0 | ADVERT/PROMO | | 4,023 | 26,513 | 3.3 | 3.2 | | | | | |
| 50 | | | | | ADVERTISING REBATES | | | | | | | | | | |
| 51 | 304 | 2,126 | 0.5 | 0.5 | TRAINING | | 1,458 | 15,693 | 1.2 | 1.9 | | | | | |
| 52 | | -191 | | | POLICY ADJ | | 1,339 | 15,215 | 1.1 | 1.8 | | | | | |
| 53 | 59 | 295 | 0.1 | 0.1 | SERV LOANER | | 573 | 3,757 | 0.5 | 0.4 | | | | | |
| 54 | 285 | 2,117 | 0.5 | 0.5 | TOOLS&SUPP | | 2,453 | 18,087 | 2.0 | 2.2 | | | | | |
| 55 | 752 | 2,428 | 1.4 | 0.6 | FREIGHT | | 100 | 560 | 0.1 | 0.1 | | | | | |
| 56 | 1,759 | 13,194 | 3.2 | 3.2 | EQ&VEH MAINT | | 2,451 | 13,005 | 2.0 | 1.6 | | | | | |
| 57 | | | | | INV CNTRL&OP | | | | | | | | | | |
| 58 | 844 | 6,044 | 1.5 | 1.5 | VAC/TO PAY-TECH | | 4,100 | 29,500 | 3.4 | 3.5 | | | | | |
| 59 | 24,794 | 164,013 | 44.8 | 39.8 | TOT SALES EXP | | 56,988 | 403,706 | 46.8 | 48.3 | | | | | |
| 60 | 30,496 | 247,822 | 55.2 | 60.2 | SELLING GROSS | | 64,811 | 432,049 | 53.2 | 51.7 | | | | | |
| 61 | (16,171) | (122,315) | | | SHOP PARTS GROSS TRANS | | 18,171 | 122,315 | | | | | | | |
| 62 | 14,325 | 125,507 | | | ADJ SELLING GRS | | 80,982 | 554,364 | | | | | | | |

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

DEALER Ford of Marin    P&A CODE 06046    MONTH JUL 2008 YTD    Page 6

| LINE | SELL/ADJ SELL GRS | MONTH | YTD | MONTH | YTD | NEW | USED | PARTS | SERVICE | BODY | UNAPPLIED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALL DEPARTMENTS | 75,162 | 790,414 | 32 | 43 | 88,289 | 22,254 | 125,507 | 554,364 | | |
| | FIXED EXPENSE | | | % GROSS | | DEPARTMENTAL FIXED EXPENSE ALLOCATION-YTD | | | | | |
| 1 | SAL-GEN MGR | | | | | | | | | | |
| 2 | SALARIES-ADM | 13,733 | 97,988 | 6.0 | 5.3 | | | | | | 97,988 |
| 3 | EMPLOYEE BENEFIT | 6,926 | 43,350 | 3.0 | 2.4 | | | | | | 43,350 |
| 4 | PAYROLL TAXES | 13,091 | 114,777 | 5.9 | 6.2 | | | | | | 114,777 |
| 5 | PENSIONS | 2,200 | 15,400 | 1.0 | 0.8 | | | | | | 15,400 |
| 6 | INST ADV&PROMO | 1,923 | 11,044 | 0.8 | 0.6 | | | | | | 11,044 |
| 7 | RENT & EQUIV | 59,105 | 399,372 | 25.9 | 21.7 | | | | | | 399,372 |
| 8 | UTILITIES | 3,244 | 28,294 | 1.4 | 1.5 | | | | | | 28,294 |
| 9 | TELEPHONE | 2,449 | 17,159 | 1.1 | 0.9 | | | | | | 17,159 |
| 10 | TAXES | | | | | | | | | | |
| 11 | INSURANCE | 3,153 | 25,989 | 1.4 | 1.4 | | | | | | 25,989 |
| 12 | OFFICE SUPPLIES | 991 | 7,773 | 0.4 | 0.4 | | | | | | 7,773 |
| 13 | PROF & SERV FEES | 6,657 | 59,248 | 2.9 | 3.2 | | | | | | 59,248 |
| 14 | DATA PROCESSING | 10,280 | 56,347 | 4.5 | 3.1 | | | | | | 56,347 |
| 15 | BAD DEBTS | 300 | 2,100 | 0.1 | 0.1 | | | | | | 2,100 |
| 16 | CONTRIBUTIONS | | 100 | | | | | | | | 100 |
| 17 | INTEREST | 3,398 | 27,449 | 1.5 | 1.5 | | | | | | 27,449 |
| 18 | DEPREC EQUIP | 4,127 | 29,926 | 1.8 | 1.6 | | | | | | 29,926 |
| 19 | EQ&VEH MAIN GENL | 2,090 | 11,623 | 0.9 | 0.6 | | | | | | 11,623 |
| 20 | TRAVEL & ENTERT | 132 | 462 | 0.1 | | | | | | | 462 |
| 21 | MISC EXPENSE | | | | | | | | | | |
| 22 | ALLOCATION OF UNAPPLIED EXPENSE | | | | | 331,941 | 142,260 | 142,260 | 331,940 | | 948,401 |
| 23 | TOTAL FIXED | 134,099 | 948,401 | 58.7 | 51.6 | 331,941 | 142,260 | 142,260 | 331,940 | | TOT APPLIED |
| 24 | DEALER SALARY | 12,668 | 102,676 | 5.5 | 5.6 | 35,937 | 15,401 | 15,401 | 35,937 | | |
| 25 | OPERATING PROFIT | -71,605 | -260,663 | -31.3 | -14.2 | -279,589 | -135,407 | -32,154 | 186,487 | | |

| | VEHICLE AND F&I SELLING GROSS ANALYSIS | | | | | | RENTAL DEPARTMENT | | MONTH | YTD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | E MONTH | YTD | | | MONTH | YTD | S | INCOME | | | |
| 28 | W 26,818 | 244,708 | C T | GROSS | 12,976 | 162,045 | E | SALARIES | | | |
| 29 | V 11,383 | 79,670 | A R | VAR. SELLING EXP. | 11,186 | 68,615 | D | COMMISSIONS/INCENTIVES | | | |
| 30 | E 20,222 | 137,147 | R K | SEMI FIXED SELL EXP | 22,256 | 156,687 | V | OTHER EXPENSES | | | |
| 31 | H -4,787 | 27,891 | | SELLING GROSS | -20,466 | -63,257 | E | TOTAL NET | | | |
| 32 | I 6,909 | 98,527 | TOTAL F&I NET INCOME | | 4,667 | 85,511 | H | AGREEMENTS | | | |
| 33 | C 6,468 | 38,129 | F&I SELLING EXPENSES | | | | I | INVENTORY | | RENTAL | | SERVICE |
| 34 | L 441 | 60,398 | F&I SELLING GROSS | | 4,667 | 85,511 | C | ANALYSIS | CAR | TRK | RV | LOANERS |
| 35 | E -4,346 | 88,289 | TOTAL SELLING GROSS | | -15,799 | 22,254 | L | TOT UNITS @ EOM | | | |

| | | | MONTH | YTD | | TOT UNIT DAYS AVAIL/MO | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | NET RENT OR EQUIV | | 48,672 | 336,766 | CUST ESP PD DAYS/MO | | | | | |
| 37 | RENT & | DEPREC & AMORT | | | | SER LNR PD DAYS/MO | | | | | |
| 38 | EQUIV | INSURANCE-BUILDING | | 3,949 | 29,514 | DLR PAID DAYS/MO | | | | | |
| 39 | | TAX-REAL ESTATE | | 2,718 | 19,026 | NON UTILIZED DAYS/MO | | | | | |
| 40 | | MAINT-BUILDING | | 3,765 | 14,066 | % UTILIZATION | | | | | |
| 41 | | TOTAL | | 59,104 | 399,372 | % CUST/EXP PAID | | | | | |

| | PERSONNEL SUMMARY | ADMIN | FRAN N&U | OTHER N&U | F&I | REN-LSE | FRAN.PARTS | OTH.PARTS | FRAN.SERV | OTH.SERV | BODY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | DEALERS | | 1 | | | | | | | | |
| 45 | MANAGEMENT | | 1 | | 1 | | 1 | | 1 | | |
| 46 | SLSPRNS/SRV ADVRS | | | 5 | | | | 2 | | 3 | |
| 47 | TECH   REPAIR | | | | | | | | 13 | | |
| 48 | NICIANS INTERNALS | | | | | | | | | | |
| 49 | CLERICAL | 2 | | | | | | | | | |
| 50 | OTHER | 1 | | | | | 1 | | 4 | | |
| 51 | TOTAL | 3 | 5 | 6 | 1 | | 4 | | 21 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 52 | | <12 MOS | | 3 | | SERV | <12 MOS | 1 | | |
| 53 | SLSPRN | 12-36 MOS | | 2 | | ADVSR | 12-36 MOS | 2 | | |
| 54 | TENURE | 37-60 MOS | | | | TENURE | 37-60 MOS | | | |
| 55 | IN MOS | 61+ MOS | | | | (MOS) | 61+ MOS | | | |
| 56 | SALESPERSON | HIRED-YTD | | | | SRV ADVR | HIRED-YTD | | | |
| 57 | TURNOVER | TERM-YTD | | | | TRNOVR | TERM-YTD | | | |
| 58 | SPLIT SLS FORCE | NEW | USED | COMB | TOTAL | | STALL COUNT | | | |
| 59 | MANAGERS | | | 1 | 1 | REPAIR | INTERNAL | BODY | | |
| 60 | SALESPERSONS | | | 5 | 5 | 13 | | | | |

THIS FACSIMILE HAS BEEN CREATED FROM THE CORRECTED AND DERIVED INFORMATION STORED IN THE BUSINESS MANAGEMENT DATABASE, AND MAY VARY FROM THE ORIGINAL INFORMATION SUBMITTED TO FORD MOTOR COMPANY BY THE INDIVIDUAL DEALERSHIP

| DEALER | | | | | | | P&A CODE | | SALES CODE 71C017 | | MONTH | | | PG 7 QL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PARTS DEPARTMENT | | | | | | | | | SERVICE DEPARTMENT | | | | |
| | MON | YTD | MON | YTD | | MON | YTD | MON | YTD | MON | | YTD | MON | YTD |
| 1 | | | GRS%SLS | | | | | GRS%SLS | | | | | | |
| 2 | | | | | | | | | | FRANCHISE | | TRAFFIC | SALES PER R.O. | |
| 3 | | | MEMO: QUICK LANE (US) | | | | | | | RO ANALYSIS | | RO COUNT | PARTS | LABOR |
| 4 | | | FAST LANE(CANADA) | | | | | | | | M | | | |
| 5 | | | | | | | | | | SALES | Y | | | |
| 6 | | | | | | | | | | ESP/ | M | | | |
| 7 | | | | | PARTS | S | | | | ESC/OFC | Y | | | |
| 8 | | | | | WHOLESALE | G | | | | | M | | | |
| 9 | | | | | PARTS | S | | | | INTERNAL | Y | | | |
| 10 | | | | | COUNTER RETAIL | G | | | | OTHER | M | | | |
| 11 | | | | | RETAIL SHOP | S | | | | MERCHANDISE | Y | | | |
| 12 | | | | | SALES | G | | | | WARRANTY | M | | | |
| 13 | | | | | | S | | | | SALES | Y | | | |
| 14 | | | | | TIRE SALES | G | | | | | | | | |
| 15 | | | | | | S | | | | | | | | |
| 16 | | | | | ESP/ESC/OFC | G | | | | | | | | |
| 17 | | | | | WARRANTY | S | | | | | | | | |
| 18 | | | | | SALES | G | | | | | | | | |
| 19 | | | | | | S | | | | | | | | |
| 20 | | | | | INTERNAL SALES | G | | | | | | | | |
| 21 | | | | | INTERNAL | S | | | | | | | | |
| 22 | | | | | TIRE SALES | G | | | | | | | | |
| 23 | | | | | UNAPPLIED TIME | S | | | | | | | | |
| 24 | | | | | | S | | | | | | | | |
| 25 | | | | | SUBLET SALES | G | | | | | | | | |
| 26 | | | | | OTHER | S | | | | | | | | |
| 27 | | | | | MERCHANDISE | G | | | | | | | | |
| 28 | | | | | | S | | | | | | | | |
| 29 | | | | | MATERIALS | G | | | | | | | | |
| 30 | | | | | DISC EARNED | G | | | | | | | | |
| 31 | | | | | INVENT ADJ | G | | | | | | | | |
| 32 | | | | | TOTAL | S | | | | | | | | |
| 33 | | | | | DEPARTMENTS | G | | | | | | | | |
| 34 | | | | | | | 77 SERV SALES EXPENSE | | %SERV GRS | | | | | | |
| 35 | | | | | SALARIES-MGRS | | | | | | | | | | |
| 36 | | | | | SALARIES-TECH | | | | | | | | | | |
| 37 | | | | | COMM & INC-MGRS | | | | | | | | | | |
| 38 | | | | | COMM & INC-TECH | | | | | | | | | | |
| 39 | | | | | ADVERT/PROMO | | | | | | | | | | |
| 40 | | | | | TRAINING | | | | | | | | | | |
| 41 | PARTS ALLOCATION FIXED EXPENSE | | | | POLICY ADJ | | | | | | SERVICE ALLOCATION FIXED EXPENSE | | | | |
| 42 | | | MTD | YTD | TOOLS & SUPP | | | | | | | MTD | | YTD | |
| 43 | SALARIES | | | | FREIGHT/HANDLING | | | | | | SALARIES | | | | |
| 44 | BENEFITS | | | | EQ&VEH MAINT | | | | | | BENEFITS | | | | |
| 45 | PAYROLL TAXES | | | | INV CNTRL & DP | | | | | | PAYROLL TAXES | | | | |
| 46 | PENSION | | | | VAC/TO PAY-TECH | | | | | | PENSION | | | | |
| 47 | RENT & LEASE | | | | TOT SALES EXP | | | | | | RENT & LEASE | | | | |
| 48 | DEP BLDG & IMP | | | | SELLING GROSS | | | | | | DEP BLDG & IMP | | | | |
| 49 | AMORT of IMPR | | | | | | | | | | AMORT of IMPR | | | | |
| 50 | INS BLDGS | | | | | | | | | | INS BLDGS | | | | |
| 51 | TAXES REAL ESTATE | | | | | | | | | | TAXES REAL ESTATE | | | | |
| 52 | MAIN BLDGS | | | | | | | | | | MAIN BLDGS | | | | |
| 53 | UTILITIES | | | | | | PERSONNEL | | | | UTILITIES | | | | |
| 54 | TELEPHONE | | | | | MANAGERS | | | | | TELEPHONE | | | | |
| 55 | TAXES EXCL. INCOME REAL ESTATE | | | | | SERVICE WRITERS | | | | | TAXES EXCL. INCOME REAL ESTATE | | | | |
| 56 | OFFICE SUPPLIES | | | | | REPAIR TECH | | | | | OFFICE SUPPLIES | | | | |
| 57 | PROF & SERV FEES | | | | | INTERNAL TECH | | | | | PROF & SERV FEES | | | | |
| 58 | BAD DEBT | | | | | TOTAL | | | | | BAD DEBT | | | | |
| 59 | CONTRIBUTIONS | | | | | | STALL COUNT | | | | CONTRIBUTIONS | | | | |
| 60 | DEPREC EQUIP | | | | | REPAIR | | INTERNAL | | | DEPREC EQUIP | | | | |
| 61 | TRAVEL & ENTERT | | | | | | | | | | TRAVEL & ENTERT | | | | |
| 62 | MISC EXPENSE | | | | | | | | | | MISC EXPENSE | | | | |
| 63 | TOTAL FIXED EXP | | | | | | | | | | TOTAL FIXED EXP | | | | |