DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email: dhc@severson.com

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN,<br><br>Defendant. | Case No.: CV08-4906-MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING FORD MOTOR CREDIT COMPANY LLC LEAVE TO AMEND COMPLAINT<br><br>~~Date:     April 24, 2009~~<br>~~Time:     9:00 a.m.~~<br>Dept:     Courtroom 7, 19th Floor<br>Judge:    Hon. Maxine M. Chesney<br><br>Complaint Filed: October 27, 2008<br>Trial Date:         June 4, 2010 |
| MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN,<br><br>Counterclaimant,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>Counter-defendant, | |

The motion of Ford Motor Credit Company LLC ("Ford Credit") for leave to file an amended complaint to add a guarantor, Robert A. Brutyn, as a defendant came ~~on regularly for hearin~~g before the Honorable Maxine M. Chesney ~~on April 24, 2009~~.

10872/0140/719857.1

ORDER GRANTING LEAVE TO AMEND COMPLAINT
U.S.D.C. CASE NO. CV08-4906-MMC

The Court after reviewing the motion and ~~any opposition to the motion~~ there being no opposition filed, and for good cause appearing, makes the following order:

IT IS HEREBY ORDERED THAT,

1. Ford Credit's motion is hereby granted.

2. Ford Credit shall file the amended complaint attached as Exhibit A to its motion~~,~~ no later than April 24, 2009.

3. The April 24, 2009 hearing is hereby VACATED.

DATED: April 17, 2009

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA