United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,

    Plaintiff,

  v.

MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN,

    Defendants

                                 /

No. C-08-4906 MMC

**ORDER VACATING APRIL 2, 2010 CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT**

       The above-titled matter is scheduled to come before the Court on April 2, 2010 for a Further Status Conference.

       In light of plaintiff's pending motion for summary judgment on defendants' counterclaims, which motion is unopposed, and the Clerk's entry of defendants' default on plaintiff's First Amended Complaint, the Further Status Conference is hereby VACATED.

       Plaintiff is hereby DIRECTED to file a motion for default judgment, or a statement indicating why it should not be required to file such motion, no later than April 30, 2010.

       **IT IS SO ORDERED.**

Dated: March 30, 2010

MAXINE M. CHESNEY
United States District Judge