1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   FORD MOTOR CREDIT COMPANY LLC, a          No. C-08-4906 MMC
     Delaware Limited Liability Company,
12                                             **ORDER DIRECTING FORD OF MARIN**
                    Plaintiff,                 **AND BRUTYN TO SUPPLEMENT**
13                                             **STIPULATIONS TO WITHDRAW AS**
        v.                                     **COUNSEL; DIRECTING VENABLE LLC**
14                                             **TO SERVE ORDER ON FORD OF MARIN**
     MARCO VENTURES, INC., a California        **AND BRUTYN**
15   Corporation, dba FORD OF MARIN,
16                  Defendants.
     _____/
17

18          Before the Court is a stipulation, filed May 7, 2010, between defendant/counter-

19   claimant Marco Ventures, Inc. dba Ford of Marin ("Ford of Marin") and its counsel Venable

20   LLP, in which the parties thereto agree that Venable LLP may withdraw as counsel for Ford

21   of Marin.  Also before the Court is a stipulation, filed May 7, 2010, between defendant

22   Robert A. Brutyn ("Brutyn") and his counsel Venable LLP, in which the parties thereto agree

23   that Venable LLP may withdraw as counsel for Brutyn.

24          The stipulations do not include the current address and telephone number of the

25   parties, specifically, Ford of Marin and Brutyn, and, as a result, neither plaintiff nor the

26   Court will be able to serve Ford of Marin and Brutyn with subsequent filings if Venable LLP

27   is allowed to withdraw as counsel for such parties.

28   //

**United States District Court**
For the Northern District of California

1    Under the circumstances, the Court hereby DIRECTS Ford of Marin and Brutyn to

2  supplement their respective stipulations, no later than May 28, 2010, to set forth a current

3  address and telephone number.  If, as of May 28, 2010, any such party fails to so

4  supplement the stipulation applicable thereto, the Court will approve such stipulation only

5  on the condition that Venable LLP continue to accept service on behalf of such party for

6  forwarding purposes.  See Civil L.R. 11-5(b).

7    Ford of Marin is hereby ADVISED that a corporation cannot appear in federal court

8  without counsel, see Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993), and

9  that if its stipulation is approved and Ford of Martin wishes to appear in this action in the

10  future, it must obtain counsel of record.

11    Lastly, Venable LLP is hereby ORDERED to serve this order on both Ford of Marin

12  and Brutyn.

13    **IT IS SO ORDERED.**

14

15  Dated:  May 14, 2010

16                                                                    MAXINE M. CHESNEY
                                                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2