IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>   v.<br><br>MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN, and ROBERT A. BRUTYN,<br><br>          Defendants.<br>_____/ | No. C-08-4906 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; VACATING JUNE 11, 2010 HEARING; DIRECTIONS TO CLERK** |

Before the Court is plaintiff's Motion for Entry of Default Judgment, filed April 8, 2010, which motion defendants have not opposed. Also before the Court is plaintiff's supplemental memorandum, filed May 17, 2010 with leave of court.

Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter suitable for decision on plaintiff's written submissions,[1] VACATES the hearing scheduled for June 11, 2010, and hereby GRANTS the motion, as follows:

---

[1] In its Order of May 14, 2010, the Court afforded defendants leave to file, no later than June 1, 2010, a response to any factual showing made in plaintiff's supplemental memorandum. Plaintiff's supplemental memorandum, however, did not make any further showing.

1. Plaintiff is entitled to recover from defendants, jointly and severally, principal in the amount sought, specifically, $1,045,214.94.  (See Bascio Decl. ¶¶ 28, 32.)

2. Plaintiff is entitled to recover from defendants, jointly and severally, the attorney's fees incurred herein, which the Court finds were reasonably incurred, specifically, fees in the total amount of $27,930.00.  (See Cram Decl. ¶ 12, Ex. G.)

3. Plaintiff is entitled to recover from defendants, jointly and severally, its costs incurred herein, which the Court finds were reasonably incurred, specifically, costs in the total amount of $2295.53.  (See id. ¶ 13, Ex. H.)

4. Plaintiff's requests for prejudgment interest and for additional sums identified in the motion as "charges" and "expenses" are deemed withdrawn.  (See Pl.'s Supp. Mem. at 1:9-17.)

The Clerk is DIRECTED to enter judgment in favor of plaintiff and against defendants, jointly and severally, in the total amount of $1,075,440.47.

**IT IS SO ORDERED.**

Dated: May 25, 2010

MAXINE M. CHESNEY
United States District Judge

2