IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN, and ROBERT A. BRUTYN,<br><br>　　　　　Defendants. | No. CV-08-4906 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff is entitled to recover from defendants, jointly and severally, principal in the amount sought, specifically, $1,045,214.94.

2. Plaintiff is entitled to recover from defendants, jointly and severally, the attorney's fees incurred herein, which the Court finds were reasonably incurred, specifically, fees in the total amount of $27,930.00.

3. Plaintiff is entitled to recover from defendants, jointly and severally, its costs incurred herein, which the Court finds were reasonably incurred, specifically costs in the total amount of $2295.53.

4. Plaintiff's requests for prejudgment interest and for additional sums identified in the motion as "charges" and "expenses" are deemed withdrawn.

Judgment is entered in favor of plaintiff and against defendants, jointly and severally, in the total amount of $1,075,440.47.

Dated: May 26, 2010

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk