IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCO VENTURES, INC., a California Corporation, dba FORD OF MARIN,<br><br>    Defendants. | No. C-08-4906 MMC<br><br>**ORDER CONDITIONALLY GRANTING VENABLE LLP'S MOTION TO WITHDRAW AND CONDITIONALLY APPROVING STIPULATIONS; DIRECTIONS TO VENABLE LLP; VACATING JUNE 4, 2010 HEARING** |

       On April 23, 2010, Venable LLP ("Venable") filed a motion to withdraw as counsel for Marco Ventures, Inc., dba Ford of Marin ("Ford of Marin") and Robert A. Brutyn ("Brutyn"). Thereafter, on May 7, 2010, Venable and Ford of Marin filed a stipulation, in which the parties thereto agreed that Venable may withdraw as counsel for Ford of Marin, and, on that same date, Venable and Brutyn filed a stipulation, in which the parties thereto agreed that Venable may withdraw as counsel for Brutyn.

       By order filed May 14, 2010, the Court directed Ford of Marin and Brutyn to supplement their respective stipulations, no later than May 28, 2010, by setting forth their respective current addresses and telephone numbers, and advised said parties that in the event of a failure to do so, the Court would approve such stipulations only on the condition that Venable continue to accept service on their behalf. Neither Ford of Marin nor Brutyn

has filed a supplement.

Accordingly, having read and considered Venable's motion, as well as the above-referenced stipulations, the Court hereby VACATES the June 4, 2010 hearing, and rules as follows.

Good cause appearing, the motion to withdraw is hereby GRANTED, and the above-referenced stipulations are hereby APPROVED, on the condition that Venable continue to accept service on behalf of both Ford of Marin and Brutyn.  See Civil L.R. 11-5(b).

Venable LLP is hereby DIRECTED to serve this order on both Ford of Marin and Brutyn.

**IT IS SO ORDERED.**

Dated:  June 2, 2010

MAXINE M. CHESNEY
United States District Judge

2