```
File No. 10-27081
Robert Scott Kennard
State Bar No. 117017
NELSON & KENNARD
2180 Harvard Street, Ste. 160   (95815)
P.O. Box 13807
Sacramento, CA   95853
Telephone:   (916) 920-2295
Facsimile:   (916) 920-0682

Attorneys for Plaintiff and Counter-Defendant
FORD MOTOR CREDIT COMPANY LLC
```

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | ) CASE NO.  08-CV-04906-MMC |
| Plaintiff, | ) |
| vs. | ) **ORDER ALLOWING FOR SUBSTITUTION** |
| MARCO VENTURES, INC., | ) **OF COUNSEL** |
| Defendants. | ) |
| AND RELATED CROSS-ACTION. | ) |

The court having considered Plaintiff's application for the designation of substitute counsel and with good cause appearing therefore;

IT IS HEREBY ORDERED that the application is approved. The following attorney from the firm of Nelson & Kennard is hereby designated as counsel of record for service in this action:

///

ORDER ALLOWING FOR SUBSTITUTION OF COUNSEL - 1

```
 1                      Robert Scott Kennard
                    California State Bar No. 117017
 2                   2180 Harvard Street, Ste. 160
                         Sacramento, CA  95815
 3
                      Tel. No.:  (916) 920-2295
 4                    Fax. No.:  (916) 920-0682
 5
 6      The following attorneys are no longer the counsel of record in
 7  this action:
 8
 9                       Donald Hogan Cram, III
                           Andrew S. Elliott
10                           Duane M. Geck
                           SEVERSON & WERSON
11                1 Embarcadero Center, Ste. 2600
                       San Francisco, CA  94111
12
13
    Dated: July 26, 2010                    _____
14                                          Honorable Maxine M. Chesney
                                            UNITED STATES DISTRICT COURT
15
```

ORDER ALLOWING FOR SUBSTITUTION OF COUNSEL - 2